UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| CARMEN SANTANA, individually and on behalf of all others similarly situated,<br><br>v.<br><br>JOHNSON CONTROLS, INC. | **Case No. 2:23-cv-00930-NJ**<br>FLSA Collective Action<br><br>Magistrate Judge Nancy Joseph |

**PLAINTIFF'S UNOPPOSED MOTION TO APPROVE
SETTLEMENT AGREEMENT**

Plaintiff Carmen Santana requests the Court approve the settlement reached in this Fair Labor Standards Act (FLSA) case. The Settlement Agreement represents the culmination of Plaintiff's and Plaintiff's counsel's investigation, litigation, and negotiation. It completely resolves Santana and the Opt-in Plaintiffs' claims at issue in this lawsuit. Once approved, it will provide meaningful relief to Plaintiffs.

The Parties' Settlement Agreement provides Santana and the Opt-in Plaintiffs with a reasonable recovery in light of the risks inherent in litigation and trial. Defendant Johnson Controls, Inc. (JCI) has defended the claims in this lawsuit and continues to deny any wrongdoing, the violation of any federal or state wage-and-hour law, and any damages at issue.

For these reasons, settlement of this matter is in the best interest of Santana and the Opt-in Plaintiffs. Plaintiffs request the Court approve the Parties' Settlement Agreement and dismiss their claims with prejudice.

The motion is supported by the accompanying memorandum and exhibits.

Respectfully submitted,

*/s/ Matthew S. Parmet*
By: _____
    **Matthew S. Parmet**
    TX Bar # 24069719
**PARMET PC**
2 Greenway Plaza, Ste. 250
Houston, TX 77046
phone 713 999 5200
matt@parmet.law

**C. Ryan Morgan, Esq.**
FL Bar # 0015527
**MORGAN & MORGAN, P.A.**
20 N. Orange Ave., 15th Floor
Orlando, Florida 32801
Telephone: (407) 420-1414
Email: rmorgan@forthepeople.com

**Andrew R. Frisch**
FL Bar # 027777
(*seeking admission pro hac vice*)
**MORGAN & MORGAN, P.A.**
8151 Peters Road, Suite 4000
Plantation, Florida 33324
Telephone: (954) WORKERS
Facsimile: (954) 327-3013
Email: AFrisch@forthepeople.com

**Attorneys for Plaintiffs**

### CERTIFICATE OF CONFERENCE

Prior to filing this motion, I conferred with Defendants' counsel, who confirmed Defendants were unopposed to the relief sought herein.

*/s/ Matthew S. Parmet*
_____
Matthew S. Parmet