# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| CARMEN SANTANA, individually and on behalf of all others similarly situated,<br><br>v.<br><br>JOHNSON CONTROLS, INC. | Case No. 2:23-cv-00930-NJ<br>FLSA Collective Action<br><br>Magistrate Judge Nancy Joseph |

## ORDER APPROVING SETTLEMENT AGREEMENT

Came on to be considered Plaintiff Carmen Santana's Unopposed Motion to Approve Settlement Agreement, and the Court having reviewed the motion, the exhibits thereto, and any argument of counsel, is of the opinion that it should be and hereby is GRANTED.

It is therefore **ORDERED** as follows:

The Parties' Settlement Agreement is **APPROVED**, including the distribution to Plaintiffs and the service award to Santana, as set forth in the Parties' Settlement Agreement.

The Court further finds that:

☐ Plaintiffs' separately negotiated attorneys' fees and expenses are **APPROVED** as set forth in the Parties Settlement Agreement.

This case and all claims asserted in this case by Santana and all Opt-in Plaintiffs, are **DISMISSED WITH PREJUDICE**, with each Party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 1st day of November, 2024.

BY THE COURT

_____
NANCY JOSEPH
United States Magistrate Judge