# United States District Court
EASTERN DISTRICT OF WISCONSIN

**CARMEN SANTANA,** individually and on behalf of all others similarly situated,

        Plaintiff,

    v.                **JUDGMENT IN A CIVIL CASE**

                Case No. 23-cv-930

**JOHNSON CONTROLS, INC.,**

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑   **Decision by Court.** This action came on for consideration and a decision has been rendered.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Unopposed Motion for Settlement Approval (ECF no. 48) is **GRANTED.**

**IT IS FURTHER ORDERED** that the Parties' Settlement Agreement is **APPROVED,** including the distribution to Plaintiffs and the service award to Santana, as set forth in the Parties' Settlement Agreement.

**IT IS FURTHER ORDERED** that Plaintiffs' separately negotiated attorneys' fees and expenses are **APPROVED** as set forth in the Parties Settlement Agreement.

**IT IS FURTHER ORDERED** that this case and all claims asserted in this case by Santana and all Opt-in Plaintiffs, are **DISMISSED WITH PREJUDICE,** with each Party to bear its own costs.

                                      Approved: _____
                                                     NANCY JOSEPH
                                                     United States Magistrate Judge

Dated: November 1, 2024

GINA M. COLLETTI
Clerk of Court

*s/ Tony Byal*
(By) Deputy Clerk